UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS JACKSON,

        Plaintiff,

                              Case Number 11-13173
v.                                       Honorable David M. Lawson
                              Magistrate Judge Michael J. Hluchaniuk

HOPE SAVERHOOD,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

       Presently before the Court is the report issued on July 31, 2013 by Magistrate Judge Michael J. Hluchaniuk pursuant to 28 U.S.C. § 636(b), recommending that this Court grant the defendant's motion for summary judgment and dismiss the plaintiff's complaint without prejudice. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

       Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #51] is **ADOPTED**.

It is further **ORDERED** that the defendant's motion for summary judgment [dkt. #39] is **GRANTED**.

It is further **ORDERED** that the plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

                                               s/David M. Lawson  
                                               DAVID M. LAWSON  
                                               United States District Judge

Dated: August 23, 2013

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 23, 2013.

                               s/Shawntel Jackson  
                               SHAWNTEL JACKSON